# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ELIJAH AKEEN SAMPSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. CV416-016 |
| | ) | CR412-018 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In this 28 U.S.C. § 2255 motion, Elijah Sampson asks the Court to order a new sentencing hearing (he pled guilty to felon-in-possession and carrying a firearm during a drug trafficking crime, doc. 41)[1] because of constitutional violations committed by the prosecuting attorney, former Assistant United States Attorney Cameron Heaps Ippolito, and investigating case agent, ATF Special Agent Lou Valoze. Doc. 44 at 1. The Honorable James E. Graham, United States Magistrate Judge for the Southern District of Georgia, has been assigned to handle all such matters. *See, e.g., Hernandez-Landeros v. United States*, 2015 WL

---

[1] All citations are to the criminal docket in CR412-018 and to the page numbers inserted by the Court's docketing software.

4040568 at * 1 (S.D. Ga. June 30, 2015). Accordingly, the Clerk is **DIRECTED** to refer this case to Judge Graham.

**SO ORDERED**, this 25TH day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA.